In the Matter of the Application of MARGARET NEULANDER, Appellant, for an Order of Mandamus against THE BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

BERTRAM L. KRAUS, Respondent, v. AGNES L. LEMP and LOUISE LEMP, Defendants, Impleaded with FIFTH AVENUE BANK OF NEW YORK, Successor Trustee under Deed of Trust Executed by LOUIS LEMP, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MARIE Z. HORNKOHL, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

CHARLES BENNETT CONTRACTING CORPORATION, Appellant, v. LOUISE MACHER BROWN and CAROLINE MACHER, Defendants, Impleaded with ROBERT J. MACHER and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy. O'Malley, Untermyer and Cohn, JJ.

JOHN W. MANSON, as Ancillary Executor, etc., of DAVID D. STEWART, Deceased, Appellant, v. DORA V. BENJAMIN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of CARNAC COTTONS, INC., Respondent, for an Order Directing that the Arbitration Provided for in Certain Contracts in Writing Entered into between Petitioner and SAMUEL NIRENBERG, INC., Appellant, on October 2nd, 1935, and February 18th, 1936, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of the DISPLAY STAGE LIGHTING CO., INC., Judgment Creditor, Appellant, v. SAMUEL EDELSON and Another, Judgment Debtors, Impleaded with JULIUS JOFFE, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Judicial Settlement of the Supplemental Intermediate Account of Proceedings of THE NATIONAL CITY BANK OF NEW YORK and Others, as Executors, etc., of ADOLPH HOLLANDER, Deceased. IRVING L. HOLLANDER, as Executor, etc., Appellant; NATIONAL CITY BANK OF NEW YORK, as Executor and Trustee, etc., Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.